FILED
November 12, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D23

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| Case Title : Joseph Savides | Case No : 09-37787 - C - 7 |
| | Date : 11/10/09 |
| | Time : 09:30 |
| Matter : | [14] - Motion/Application for Relief from Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (sjas) |
| Judge : | Robert S. Bardwil |
| Courtroom Deputy : | Teresa Jackson |
| Reporter : | Diamond Reporters |
| Department : | C |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as provided in this order. Automatic stay vacated; Fed. R. Bank. P. 4001(a)(3) waived; no further relief afforded. Resolved without oral argument.

Dated: November 12, 2009

Robert S. Bardwil, Judge
United States Bankruptcy Court